UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| PAUL T. GOODWIN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:06CV848 HEA |
| DON ROPER, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Eighth Circuit Court's limited remand for consideration of whether a certificate of appealability should be issued pursuant to *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997). In order for this Court to grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. See *Tiedeman*, 122 F.3d at 522 (8th Cir.1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings. *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir.1997) (citing *Fleiger v. Delo*, 16 F.3d 878, 882–83 (8th Cir.1994)). Because Petitioner has not made such a showing, the Court will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that a Certificate of Appealability will not issue in this matter.

Dated this 12th day of March, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE